FILED
U.S. District Court
District of Kansas
8/7/2025
Clerk, U.S. District Court
By_____mV_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.   CASE NO. 25-M- 6164-01-GEB

OSWALDO GUTIERREZ-RODRIGUEZ,

    Defendant.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**
[21 U.S.C. § 841(a)(1)]

Beginning on a date unknown and continuing through August 7, 2025, in the District of Kansas, and elsewhere, the defendant,

**OSWALDO GUTIERREZ-RODRIGUEZ,**

knowingly and intentionally possessed with intent to distribute 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

I further state that I am a Detective with the Wichita (Kansas) Police Department, and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein and offered in support of a finding that probable cause exists to believe the defendant, Oswaldo Gutierrez-Rodriguez, committed the offense set forth in this Complaint.

_____
Mark McKee
Detective
Wichita (Kansas) Police Department

Sworn to before me and subscribed by telephone this 7th day of August, 2025, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, Oswaldo Gutierrez-Rodriguez, committed the offense set forth in this Complaint.

__Gwynne E. Birzer__      _____
United States Magistrate Judge         Signature of Judicial Officer

## **PENALTIES**

### Count 1  [841(b)(1)(A)]

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than twenty (20) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least 10 (10) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

# AFFIDAVIT

I, Mark McKee, of lawful age, being first duly sworn on oath, on information and belief state:

Your Affiant is a sworn officer of the Wichita (Kansas) Police Department (WPD) since 1996, and is currently a detective assigned to the Special Investigations Bureau, which is responsible for investigating crimes involving drug sales and trafficking. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers either by personal contact or by reviewing reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

In late 2024 to early 2025 law enforcement began conducting surveillance on Defendant Oswaldo Gutierrez-Rodriguez ("Rodriguez") in the Wichita, Kansas, area. During this surveillance Defendant Rodriguez was first seen by law enforcement going to a warehouse at 3030 N. Mascot in Wichita, Kansas. During additional physical and electronic surveillance, Defendant Rodriguez entered and left the warehouse at this address on a weekly or even daily basis.

It appeared from this surveillance that Defendant Rodriguez had access to the building via a pass key and/or a pass code. Additionally, this surveillance observed Defendant Rodriguez and other individuals associated with Defendant Rodriguez's drug trafficking activities entering and using the premises with Defendant Rodriguez. More specifically, other individuals and Defendant Rodriguez took propane tanks, plastic tubs, coolers and acetone into the warehouse at 3030 N. Mascot.

On August 6, 2025, at approximately 6:00 AM law enforcement executed a search warrant at 3030 N Mascot. Upon entry the officers discovered that nobody was inside. During a search of the warehouse officers located plastic totes, tubs and coolers, some of which had crystalline residue

and others that had a liquid slurry. Officers also found acetone containers, ventilation fans, a propane tank hooked up to a hot plate and other paraphernalia used to aid in the liquid to solid conversion of methamphetamine.

Upon entry ventilation fans were on which were set up to aid in the ventilation of the acetone from the methamphetamine, however, the hot plate was off. Officers located a cooking pot with burn marks that also contained a white crystal/powder substance. The contents of the pot weighed approximately 11 pounds and the contents tested positive for the presence of methamphetamine via a TruNarc field test.

Based upon my training, experience, and observations during this investigation, as well as the training, experience and observations of other law enforcement officers I work with, I know that this quantity of methamphetamine is for distribution and that the warehouse was used for the conversion of methamphetamine.

I respectfully submit that the facts set forth above establish probable cause to believe that Defendants Oswaldo Gutierrez-Rodriguez violated Title 21, United States Code, Section 841(a)(1), on or before August 6, 2025 in the District of Kansas by possessing with intent to distribute 500 grams or more of a substance or mixture of methamphetamine, a controlled substance.

FURTHER AFFIANT SAITH NOT.

_____
Mark McKee
Detective, Wichita Police Department

Subscribed and sworn to before me this ___7th___ day of August, 2025.

_____
Gwynne E. Birzer
United States Magistrate Judge

2